IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIAM E. ROSS, III, ADC #551014;
BUSTER KEATON, ADC #600335; and
CHARLES FREEMAN                                                                                PLAINTIFFS

v.                                         4:11-cv-393-DPM-JTK

J. PAWLICKI                                                                                         DEFENDANT

ORDER

Ross has neither filed an amended complaint as ordered, *Document No. 10*, nor kept his address current as required by Local Rule 5.5(c)(2), *Document No. 18*. His case is dismissed without prejudice. All pending motions denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 June 2011