IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIAM E. ROSS, III, ADC #551014;
BUSTER KEATON, ADC #600335; and
CHARLES FREEMAN                                                            PLAINTIFFS

v.                              4:11-cv-393-DPM-JTK

J. PAWLICKI                                                                DEFENDANT

JUDGMENT

Ross's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 June 2011